# Combs *v.* The Bank of Kentucky.

[NOVEMBER 18, 1843.]

The act of assembly which provides for the service of process upon the president or other officers of corporations, is only applicable to corporations whose charters are granted in Pennsylvania; and service upon an officer of a corporation of another state, whilst within the jurisdiction of our courts, is irregular, and will be set aside.

THIS was an action commenced by summons, which was served upon Virgil M'Knight, president of the bank of Kentucky, at the United States hotel, Chestnut street, Philadelphia, and so returned by the sheriff.

Rule to show cause why the service of the writ should not be set aside.

*F. W. Hubbell* and *B. Gerhard,* for defendant.
*J. Randall* and *O. F. Johnson,* for plaintiff.

KENNEDY, J., after argument, said that the act contemplated our own corporations, and did not extend to those of another state, and accordingly the rule was made absolute, and the service set aside.*

---

* By act of 21st March, 1849, (*Pamph. p.* 216,) process against any foreign corporation may be served upon any officer, agent, or engineer of such corporation, either personally, or by copy, or by leaving a certified copy at the office, depot, or usual place of business of said corporation. Under this act the following return to a summons was held sufficient by the district court for the city and county of Philadelphia—"Served by leaving a true and attested copy of the within writ, with an agent of the defendant, Dec. 22, 1849, and leaving a certified copy in the office attached to the depot, January 7, 1850." *Kennard* v. *The Railroad,* 7 Leg. Int. 39.